722 A.2d 1286

IN THE MATTER OF KAREN ANN KUBULAK, AN ATTORNEY AT LAW.

January 29, 1999.

### ORDER

The Disciplinary Review Board on September 4, 1998, having filed with the Court its decision concluding that **KAREN ANN KUBULAK** of **PERTH AMBOY**, who was admitted to the bar of this State in 1980, should be suspended from the practice of law

for a period of three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.2(a) (failure to abide by client's decisions concerning objectives of representation), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate), *RPC* 3.2 (failure to expedite litigation), *RPC* 8.1(b) (failure to respond to a lawful demand for information from a disciplinary authority), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And the Disciplinary Review Board having further concluded that the Office of Attorney Ethics should conduct a full audit of respondent's attorney accounts and that prior to any application for reinstatement, respondent should provide a certification from the Office of Attorney Ethics confirming that respondent has complied fully with all audit-related demands by the Office of Attorney Ethics;

And good cause appearing;

It is ORDERED that **KAREN ANN KUBULAK** is suspended from the practice of law for a period of three months, and until further Order of the Court, effective March 1, 1999; and it is further

ORDERED that the Office of Attorney Ethics shall conduct an audit of respondent's attorney accounts; and it is further

ORDERED that no application for reinstatement be made until respondent has complied fully with all audit-related demands by the Office of Attorney Ethics; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20-20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.